IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ATHENA ORTIZ,** | : | **Civil No. 1:18-CV-456** |
| **Plaintiff** | : | |
| v. | : | |
| **DELTA DENTAL OF PENNSYLVANIA, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(a) the Report and Recommendation by Magistrate Judge Martin C. Carlson (Doc. 51) is **ADOPTED**;

(b) the motion for summary judgment filed by Defendants Delta Dental of Pennsylvania d/b/a Delta Dental and Delta Dental Insurance Company (Doc. 36) is **GRANTED**;

(c) Ortiz's complaint is **DISMISSED WITH PREJUDICE**;

(d) all unresolved motions in limine (Docs. 56, 58, 60, 62) are **DENIED** as moot; and

(e) the clerk is **DIRECTED** to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: May 13, 2020